JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANDREW CLARK | No. CV 07-7993 PA (FMOx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL W. WYNNE, Secretary of the Air Force, | |
| Defendant. | |

In accordance with the Court's Order dated January 12, 2009, granting Defendant Michael W. Wynne's ("Defendant") Motion for Summary Judgment, there are no remaining claims in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1. Plaintiff Andrew Clark ("Plaintiff") shall take nothing on his claims;

2. Defendant shall recover his costs in this action pursuant to 28 U.S.C. § 1920.

3. The Clerk is ordered to enter this Judgment.

DATED: January 13, 2009

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

Judgment.wpd